FILE COPY



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

May 12, 2015

Jill Zimmer
Official Court Reporter
320th District Court
501 S. Fillmore, Suite 4B
Amarillo, TX 79101-2444
* DELIVERED VIA E-MAIL *

**RE:**   Case Numbers:  07-15-00108-CR, 07-15-00109-CR
Trial Court Case Numbers: 68,790-D, 68,791-D

**Style:** Kathryn Pendleton v. The State of Texas

Dear Ms. Zimmer:

The reporter's record in the captioned appeals was due to be filed no later than Monday, May 4, 2015.  As of this date the record has not been filed.  The Court directs the court reporter to advise the Court of the status of the reporter's record on or before Friday, May 22, 2015.  If needed, forms for requesting an extension of time and disclosing the status of the record are available on the Court's website at http://www.txcourts.gov/7thcoa.aspx or contact the clerk's office for assistance.  *See* TEX. R. APP. P. 13.4 and 35.3(b).

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Don R. Emerson (DELIVERED VIA E-MAIL)
Randall C. Sims (DELIVERED VIA E-MAIL)
Jeffrey Hill (DELIVERED VIA E-MAIL)